**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| M.N., A MINOR, BY HARRY R. LEVIN, ESQUIRE | : | No. 537 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| PRESBYTERIAN CHILDREN'S VILLAGE CORPORATION AND PRESBYTERIAN CHILDREN'S VILLAGE SERVICES | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SOCIAL WORK P.R.N. | : | |
| | : | |
| | : | |
| PETITION OF:  PRESBYTERIAN CHILDREN'S VILLAGE CORPORATION AND PRESBYTERIAN CHILDREN'S VILLAGE SERVICES | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.